UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III, | No. 2:14-cv-2827 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. WILLIAMS, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, this request will be granted. In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 12) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

3. Plaintiff's request for the appointment of counsel is denied.

Dated: April 2, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cris2827.31

2